IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT JACKSON**                                                                                                    **PLAINTIFF**

**V.**                     **CASE NO. 3:19-CV-184-BD**

**SOCIAL SECURITY ADMINSTRATION**                                     **DEFENDANT**

## ORDER

Pending is Commissioner of the Social Security Administration's Unopposed Motion to Reverse and Remand. (Docket entry #14) For good cause shown, the Commissioner's motion (#14) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

IT IS SO ORDERED, this 18th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE