# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ROBERT JACKSON**                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 3:19-CV-184-BD**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

## ORDER

Plaintiff Robert Jackson has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #17) He seeks fees and expenses in the amount of $3,850.07 (*Id.*) The Commissioner does not contest the attorney and paralegal hours expended, the requested hourly rates, or the amount of expenses. (#19)

Because there is no objection to granting attorney's fees and expenses, Mr. Jackson's motion (#17) is GRANTED, and the Commissioner is directed to pay the total sum of $3,850.07 in fees and expenses, subject to offset if he has outstanding government debt.

IT IS SO ORDERED, this 25th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE